UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LENON BRUNO DO NASCIMENTO YOKOBATAKE, | ) | Case No.:  3:26 CV 1475 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| BLANCHE, *et al.*, | ) | |
| | ) | |
| Respondents | ) | ORDER |

Pursuant to Rule 4 of the Rules Governing Section 2241 Proceedings, the Court has reviewed the above-captioned petition and finds that summary dismissal of the petition would not be appropriate.  This matter shall proceed on an EXPEDITED basis as Petitioner is in ICE custody.

Accordingly, the United States Attorney shall respond to the petition no later than July 6, 2026.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 30, 2026