UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LENON BRUNO DO NASCIMENTO YOKOBATAKE, | ) | Case No.: 3:26 CV 1475 |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| TODD BLANCHE, *et al.*, | ) | |
| Respondents | ) | <u>ORDER</u> |

On August 13, 2026, the court conditionally granted Petitioner Lenon Bruno Do Nascimento Yokobatake's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Order, ECF No. 18.) In the Order, the court directed Respondents to provide Petitioner with an individualized bond hearing before an immigration judge within 10 days of the Order. (*Id.* at PageID 127.) The court ordered that the Government would have the burden to demonstrate dangerousness or flight risk by clear and convincing evidence, and that if a hearing was not held within 10 days of the Order, Respondents shall release Petitioner. (*Id.*)

More than a month has passed since the Order issued. Accordingly, the court orders Respondents to file a status report by Friday, September 18, 2026, certifying compliance with the court's August 13, 2026 Order. The status report shall inform the court whether and when Petitioner was provided with a bond hearing under 8 U.S.C. § 1226(a) or was released from

detention. If the bond hearing occurred, the status report shall also include the name of the presiding Immigration Judge, whether bond was granted or denied, and if denied, the reasons for denial.

If Petitioner remains detained and has not received an individualized bond hearing consistent with the court's Order, Respondents shall explain why they have failed to execute the August 13, 2026 Order.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 15, 2026